1  Richard A. Whitaker (SBN 58618)
   **THE LAW OFFICES OF RICHARD A. WHITAKER**
2  2480 Hilborn Road, Suite 102
   Fairfield, CA 94534
3  Ph: (707) 427-2237

4  Attorney for Plaintiff:
   **Ramona Michelle Knapik**

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  **Ramona Michelle Knapik**            )  Case No.: 2:10-cv-02626-DAD
                                          )
10          Plaintiff                     )  **STIPULATION FOR AN**
                                          )  **EXTENSION OF TIME TO FILE**
11 v.                                     )  **PLAINTIFF'S MOTION FOR**
                                          )  **SUMMARY JUDGMENT AND/**
12 **MICHAEL J. ASTRUE,**                 )  **OR REMAND AND PROPOSED**
   Commissioner of Social Security        )  **ORDER**
13                                        )
            Defendant.                    )
14 _____)

15      The parties, though counsel, stipulate to a extension of time in which plaintiff may

16 file her Motion for Summary Judgment and/or Remand of the Commissioner's Final

17 Decision to June 13, 2011.

18                                          **Respectfully submitted,**

19 **April 28, 2011**                       */s/ Richard Allen Whitaker*
                                            Richard Allen Whitaker, Esq.
20                                          Attorney for Plaintiff

21

22 April 28, 2011                          Benjamin B. Wagner
                                           United States Attorney
23

24                                         /s/ *Daniel Talbert*
                                           Daniel Talbert
25                                         Special Assistant, U.S. Attorney

26 /////

27 /////

28 /////

                                    1

**ORDER**

IT IS SO ORDERED.

DATED: May 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1
knapik2626.eot